**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6058**

JAMES J. ROYAL,

Plaintiff – Appellant,

v.

KATHLEEN J. BASSETT, Warden; K. L. PICKEREL, Assistant
Warden; M. GILBERT, RNCB; MR. PHIPPS, Nurse; FRED SCHILLING,
TLC Health Director; GEORGE SMITH, Chief Dentist for the
Virginia Department of Corrections,

Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Jackson L. Kiser, Senior
District Judge. (7:08-cv-00222-jlk-mfu)

Submitted:  July 9, 2009              Decided:  August 14, 2009

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James J. Royal, Appellant Pro Se.   Susan Bland Curwood,
Assistant Attorney General, Richmond, Virginia; Rosalie Fessier,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James J. Royal appeals the district court's orders granting Defendants' summary judgment motions on his 42 U.S.C. § 1983 (2006) deliberate indifference to dental needs claims, and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Royal v. Bassett, 7:08-cv-00222-jlk-mfu (W.D. Va. Dec. 9, 2008; Jan. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED